IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VALERIE LATIMORE, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:15-CV-4035-RWS |
| U.S. BANK N.A., et al., | |
| Defendants. | |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Walter E. Johnson [Doc. No. 12]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 12] is hereby approved and adopted as the opinion and order of this Court. As such, Defendant U.S. Bank's Motion to Dismiss [Doc. No. 5] is GRANTED.

**SO ORDERED**, this 4th day of February, 2016.

RICHARD W. STORY
United States District Judge

AO 72A
(Rev.8/82)